Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN KURT NEWMAN,<br><br>   Petitioner,<br><br>  v.<br><br>R. HERNANDEZ, WARDEN,<br><br>   Respondent. | CASE NO. CV 06-5088-ODW (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    1-15-2008    .

                 /s/ Otis D. Wright
                 OTIS D. WRIGHT II
                 UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\NEWMAN, S 5088\Order accep r&r.wpd