Priority  ✓
Send  ✓
Enter  ✓
Closed
JS-5/JS-6  ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERMAN KURT NEWMAN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>R. HERNANDEZ, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 06-5088-ODW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____1-15-2008_____.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\NEWMAN, S 5088\Judgment.wpd